**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                             MDL #1626

ACCUTANE PRODUCTS LIABILITY       CASE #:8:04-MD-2523-T-30TBM

_____/

## AMENDED ORDER GRANTING SUMMARY JUDGMENT AS TO CERTAIN CASES[1]

THIS COURT has previously granted the Defendants' Motion to exclude the general causation testimony of Dr. Ronald Fogel, the Plaintiffs only designated expert on the issue of general causation. Further, this Court has denied Plaintiff's Motion for reconsideration on this issue. Without expert testimony that Accutane can cause IBD, Plaintiffs are unable to prove liability in all cases in which Dr. Fogel has been designated as the expert on this issue. Those cases are as follows:

| | | |
|---|---|---|
| 1. | Justin Rand | 8:03-cv-1729-T-30TBM |
| 2. | Caleb McClain<br>Kathleen McClain-Rosario | 8:04-cv-2614-T-30TBM |
| 3. | Kenneth Cannady | 8:04-cv-2642-T-30TBM |
| 4. | Mary E. Farr<br>Beth Parker, Administrator (Locke)<br>James Studensky, Trustee (Fechner) | 8:04-cv-2641-T-30TBM |
| 5. | Diane Reed, Trustee (Messick) | 8:04-cv-2643-T-30TBM |
| 6. | Jared Stevens | 8:05-cv-1478-T-30TBM |

---

[1] The names of the Plaintiffs were corrected in cases #1 and #3.

7.       Britt Marie Wright                                           8:06-cv-1546-T-30TBM

8.       Richard Pecher                                               8:06-cv-1063-T-30TBM

9.       Darrell Temple                                               8:05-cv-370-T-30TBM

The remaining IBD track cases in which no expert has yet been designated on the issue of general causation are hereby STAYED pending the results of an appeal of this Summary Judgment Order. The parties are directed to file status reports at least every six (6) months to keep the Court informed of the status of any appeal and the advisability of maintaining the stay in the remaining IBD track cases. This stay does not affect the psychiatric track cases.

This Order clarifies the issue raised in the Plaintiffs' Motion for Clarification of Order Granting Defendants' Motion to Exclude General Causation and Labeling Testimony of Dr. Ronald Fogel (Dkt. #602), so that Motion is hereby DENIED AS MOOT.

The Clerk is directed to close the above-referenced cases and terminate any pending motions in those cases.

**DONE** and **ORDERED** in Tampa, Florida on July 20, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To:**
Counsel/Parties of Record

*S:\MDL-Accutane\Amended SJ Order.7-20-07.wpd*